Document Number 01 11
Case Number 06-C-0188-C
United States District Court
Western District of Wisconsin
Theresa M. Owens
Filed/Received
10/31/2006 01:23:54 PM CST

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**DAWN M. DAY,**

    Plaintiff,

    v.

Case No. 06-C-0188-C

**CITY OF BARABOO,
POLICE CHIEF DENNIS KLUGE,
BARABOO BOARD OF POLICE AND FIRE
COMMISSIONERS,
PRESIDENT DIANA ZICK,
COMMISSIONER DALE FLOODY,
COMMISSIONER J. HENRY RATHJEN,
COMMISSIONER MARY DEPPE,**
individually and in their official capacities,

    Defendants.

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, the plaintiff, Dawn M. Day, hereby moves for summary judgment against the defendants, City of Baraboo, Police Chief Dennis Kluge, Baraboo Board of Police and Fire Commissioners, President Diana Zick, Commissioner Dale Floody, Commissioner J. Henry Rathjen and Commissioner Mary Deppe. This motion is based upon the pleadings and filings herein, together with the accompanying proposed findings of fact, brief in support of motion for summary judgment, and Affidavit of William R. Rettko.

Dated this 31st day of October, 2006.

                                                  **RETTKO LAW OFFICES, S.C.**
                                                Attorneys for Plaintiff

                                                s/William R. Rettko
                                                William R. Rettko
                                                State Bar No. 01002608

P.O. ADDRESS:
15430 W. Capitol Drive, Ste. 200
Brookfield, WI 53005-2621
(262) 783-7200